DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SYLVIA JAMES,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D21-1482

[May 5, 2022]

Appeal from the State of Florida, Department of Children and Families; L.T. Case No. 19-077CF.

Sylvia James, Belle Glade, pro se.

Jean A. Costa of the Florida Department of Children and Families, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***